CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUN 1 5 2006

JOHN F. CORCORAN, CLERK
BY:
  /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| DONNA K. HARRIS, | ) |
| Plaintiff, | ) Civil Action No. 5:05CV00065 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) By: Samuel G. Wilson<br>) United States District Judge |
| Defendant. | ) |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable James G. Welsh, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered **DENYING** the plaintiff's motion for summary judgment and **GRANTING** the defendant's motion for summary judgment. Objections to the report and recommendation have not been filed, and the court, upon review of the record, is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that plaintiff's motion for summary judgment is **DENIED** and defendant's motion for summary judgment is **GRANTED**, and this case is **ORDERED** stricken from the docket of the court.

ENTER: This June 15th, 2006.

_____
UNITED STATES DISTRICT JUDGE